UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. William Brent Gilmore                                      Docket No. 7:12-CR-102-1H

**Petition for Action on Supervised Release**

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Brent Gilmore, who, upon an earlier plea of guilty to Felon in Possession of Firearms, in violation of 18 U.S.C. §§ 922(g) and 924, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on April 11, 2013, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

William Brent Gilmore was released from custody on June 26, 2020, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Gilmore has an extensive history of mental health issues. During his initial appointment with the undersigned probation officer, Gilmore's need for ongoing mental health treatment and medication management was discussed. Gilmore agreed with the officer's assessment that he was in need of treatment and requested assistance with establishing a course of mental health treatment and counseling.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing
                                              is true and correct.

/s/ David W. Leake                            /s/ Cierra M. Wallace
David W. Leake                                Cierra M. Wallace
Supervising U.S. Probation Officer            U.S. Probation Officer
                                              414 Chestnut Street, Suite 102
                                              Wilmington, NC 28401-4290
                                              Phone: 910-679-2034
                                              Executed On: July 14, 2020

**William Brent Gilmore**
**Docket No. 7:12-CR-102-1H**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___15th___ day of _____July_____, 2020, and ordered filed and made a part of the records in the above case.

*/s/ Malcolm J. Howard*
Malcolm J. Howard
Senior U.S. District Judge