UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. William Brent Gilmore**                                   Docket No. 7:12-CR-102-1M

**Petition for Action on Supervised Release**

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Brent Gilmore, who, upon an earlier plea of guilty to Felon in Possession of Firearms, in violation of 18 U.S.C. §§ 922(g) and 924, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on April 11, 2013, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

William Brent Gilmore was released from custody on June 26, 2020, at which time the term of supervised release commenced.

On August 26, 2020, a violation report was submitted to the court reporting a positive urinalysis. No action was requested to give the defendant time to participate in treatment.

On April 16, 2021, a violation report was submitted to the court reporting the defendant was issued three driving citations. The defendant was reprimanded for his actions and no action was recommended.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 11, 2021, the defendant submitted a positive urinalysis for methamphetamine and amphetamine. The defendant admitted to the use.

On May 19, 2021, the defendant was arrested and committed the offenses of Driving While Impaired, Driving While License Revoked Impaired Revocation, and Improper Use Dealer Plates (21CR053739), in New Hanover County, North Carolina.

The defendant was reprimanded for his continued noncompliance. Cognitive interventions were utilized to promote improved decision making. To address this noncompliance, it is recommended that 90-days of location monitoring be imposed.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all costs of the program.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Cierra M. Wallace<br>Cierra M. Wallace<br>U.S. Probation Officer<br>414 Chestnut Street, Suite 102<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2034<br>Executed On: May 26, 2021 |

## ORDER OF THE COURT

Considered and ordered this 27th day of May, 2021, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief U.S. District Judge